ORIGINAL

FILED

MAY 17 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
JENNIFER K ANDERSON ) Case No. 05-51296 CN
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtor )
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2467838 for an unclaimed dividend in the amount of $4.55. The name and address of the claimant entitled to the unclaimed dividend is as follows;

    Claim # 6    PACIFIC GROVE MEDICAL CLINIC
                        P O BOX 601
                        PACIFIC GROVE, CA 93950

Dated: May 14, 2010

                                                  DEVIN DERHAM-BURK, TRUSTEE